**Eduard FALKS, Appellant,**

v.

**Willis H. SNYDER et al., Appellees.**

**No. 21092.**

United States Court of Appeals
Ninth Circuit.

July 7, 1967.

John C. Dierking, Jr., Arriola, Bohn & Gayle, Allen A. Sekt, Agana, Guam, Arriola, Bohn & Gayle, San Francisco, Cal., for appellant.

Harold W. Burnett, Atty. Gen., Richard D. Magee, Deputy Atty. Gen., Agana, Guam, for appellees.

Before POPE, JERTBERG, and BROWNING, Circuit Judges.

PER CURIAM:

Having examined the record and the briefs of counsel, we are satisfied that appellant failed to discharge his burden of showing that the by-law of the Guam Memorial Hospital specifying the requirements for appointment to its medical staff were arbitrary, capricious, discriminatory, or beyond the authority of the Board of Trustees.

The judgment is therefore affirmed.